# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kevin Lee Morris     Docket No. 4:24-CR-78-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kevin Lee Morris, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 6th day of February, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release to pretrial supervision on February 6, 2025, the defendant has continued to reside at Healing Transitions in Raleigh, North Carolina. The defendant is in full compliance with the Healing Transitions program as well as his other terms of pretrial release, including location monitoring. Based on his compliance, it is recommended that his location monitoring component be reduced to stand alone monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER:**

1. The defendant must participate in the following location restriction program and comply with its requirements as directed: Stand Alone Monitoring.

Except as herein modified, the Order Setting Conditions of Release shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: June 9, 2025

**Kevin Lee Morris**
**Docket No. 4:24-CR-78-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the ___9th___ day of _____June_____, 2025, and ordered filed and made part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Judge